UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID L. GIVENS | ) | |
| | ) | |
| v. | ) | No. 3:09-0888 |
| | ) | JUDGE CAMPBELL |
| TENNESSEE FOOTBALL, INC. | ) | |

ORDER

Pending before the Court is Defendant's Motion To Dismiss (Docket No. 6), to which the Plaintiff has filed a Response (Docket Nos. 21, 22).

For the reasons set forth in the accompanying Memorandum, Defendant's Motion To Dismiss (Docket No. 6) is GRANTED, and this case is dismissed.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE